UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
GREAT BOWERY, INC. d/b/a "Trunk Archive", a  :
Delaware corporation; ANNIE LEIBOVITZ, an individual, :
:
Plaintiffs, :
:                              25 Civ. 2388 (JPC)
-v-  :
:                                  ORDER
MUBI, INC., a New York corporation; and DOES 1-10, :
:
Defendants. :
:
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On July 15, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference ("IPTC") scheduled for August 29, 2025. Dkt. 17 at 1-2; Dkt. 19. The Court also ordered the parties to submit a proposed case management plan and scheduling order. Dkt. 17 at 2. Both items were due "[n]o later than seven days prior to the IPTC." *Id.* at 1-2. The parties failed to submit either.

By 5:00 p.m. on August 27, 2025, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 17. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 25, 2025
       New York, New York                     _____
                                                     JOHN P. CRONAN
                                               United States District Judge